# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Felipe Gomez,

Plaintiff(s),

v.

Detective Steve Rihani, Officer H. Guiterrez, a/k/a Officer H. Gutierrez, Detective Corral, Officer C.A. Stenzal, City Of Chicago d/b/a City Of Chicago Police Department, Detective J. Kaminski, Detective J. Atamian, and Village Of Schaumburg d/b/a Schaumburg Police Department,

Defendant(s).

Case No. 19 C 8437
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes           pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Plaintiff's claims against all defendants are dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion

Date: 8/23/2024

Thomas G. Bruton, Clerk of Court

Melissa Astell , Deputy Clerk